IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RICKY BERNARD McCOY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv83 |
| v. | |
| MR. TREVONZA BOBBITT; MRS. VALERIE JACKSON; MRS. JUANITA SHARPE; MR. ROBERT TOOLE; MR. TIM WARD; MR. STAN SHEPARD; MS. JONES (HSA); MS. CHESTER (Counselor); UNIT MANAGER OVER MEDICAL; and JOHNS and JEAN DOES, | |
| Defendants. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 8). Plaintiff did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** without prejudice the above-captioned case, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 17th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA