AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICKY BERNARD McCOY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-cv-83

MR. TREVONZA BOBBITT, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated December 17, 2020, adopting the United States Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

December 23, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03